IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01434-REB-BNB

SHAWN MELVIN REEVES,

Applicant,

v.

TRAVIS TRANI, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

___

**MINUTE ORDER**
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Letter Request to File Reply** [docket no. 17, filed March 16, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and applicant may reply to the answer/ response to the Application for a Writ of Habeas Corpus on or before **April 16, 2010**.

DATED: March 18, 2010